2:07-cv-02004-MPM-DGB # 8 Page 1 of 3
E-FILED
Friday, 05 January, 2007 03:10:00 PM
Clerk, U.S. District Court, ILCD

ASHMAN, HABEAS, PC, TERMED, TRANSFER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:06-cv-06365
## Internal Use Only

Ridley v. Hulick et al
Assigned to: Honorable Suzanne B. Conlon
Cause: 28:2241 Petition for Writ of Habeas Corpus

Date Filed: 11/21/2006
Date Terminated: 12/13/2006
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: Federal Question

**Petitioner**

**Marqus Ridley**
*United States of America ex rel*

represented by **Marqus Ridley**
K-88450
Menard - MND
P.O. Box 711
Menard, IL 62259
PRO SE

V.

**Respondent**

**Donald A Hulick**

**Service List**

represented by **Chief of Criminal Appeals**
Attorney General's Office
100 West Randolph - 12 Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*




| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2006 | 1 | PETITION for writ of habeas corpus and one copy, filed by Marqus Ridley against Donald A Hulick (eav, ) (Entered: 11/27/2006) |
| 11/21/2006 | 2 | CIVIL Cover Sheet (eav, ) (Entered: 11/27/2006) |

SCANNED DATE: 1-5-07 BY: mt

| | | |
|---|---|---|
| 11/21/2006 | 3 | (Court only) RECEIPT regarding payment of filing fee paid on 11/21/2006 in the amount of $5.00, receipt number 107 19960 (eav, ) (Entered: 11/27/2006) |
| 11/21/2006 | 4 | POST MARKED envelope for initiating document by Marqus Ridley (aew, ) (Entered: 11/29/2006) |
| 11/21/2006 | | (Court only) ***Set/Clear Flags (eav, ) (Entered: 11/29/2006) |
| 11/27/2006 | | MAILED copy of Habeas Corpus Petition to Chief of Criminal Appeals, via certified mail no. 7006 0100 0001 7312 5175 (eav, ) (Entered: 11/27/2006) |
| 12/04/2006 | 5 | RETURN OF U.S. POST OFFICE RECEIPT, article no. 7006 0100 0001 7312 5175, received on 11/29/2006. (td, ) (Entered: 12/08/2006) |
| 12/13/2006 | 6 | MINUTE entry before Judge Suzanne B. Conlon : The petition is transferred to the United States District Court for the Central District of Illinois (Urbana Division) for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 2254 cases. The case is terminated on this court's docket.Civil case terminated. Mailed notice (eav, ) (Entered: 12/19/2006) |
| 01/03/2007 | 7 | TRANSFERRED to the Central District of Illinois (Urbana Division) the original file with documents numbered 1-6, certified copy of transfer order, and docket sheet via certified mail number 7006 0100 0001 7312 5052 (eav, ) (Entered: 01/03/2007) |

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | SUZANNE B. CONLON | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 C 6365 | DATE | 12/13/06 |
| CASE TITLE | U.S. ex rel. Marquis Ridley (#K-88450) vs. Warden Donald Hulick | | |

**DOCKET ENTRY TEXT:**

The petition is transferred to the United States District Court for the Central District of Illinois (Urbana Division) for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 2254 Cases. The case is terminated on this court's docket.

Suzanne B. Conlon

■ **[For further details see text below.]** **Docketing to mail notices.**

## STATEMENT

Marquis Ridley, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his Macon County convictions. Macon County lies within the federal judicial district for the Central District of Illinois. *See* 28 U.S.C. § 93(b). Under 28 U.S.C. § 2241(d), a state prisoner is authorized to file a petition for a writ of habeas corpus in either the federal judicial district of his confinement or the federal judicial district of his conviction. However, given the ready availability of court records and, if necessary, potential witnesses, the district in which the prisoner was convicted is generally considered the more convenient of the two. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 493-94 (1973). Accordingly, finding the district of conviction a more desirable forum for this action, the court, pursuant to the discretion granted it under 28 U.S.C. § 2241(d), orders this action transferred to the United States District Court for the Central District of Illinois at Urbana for preliminary consideration under Rule 4 of the Rules Governing Section 2254 Cases. The case is closed on this court's docket.

Suzanne B. Conlon

TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
E. Vasquez
DISTRICT OF ILLINOIS
DATE: 1-3-07

mjm

E-FILED
Friday, 05 January, 2007 03:31:08 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

January 3, 2007

U.S. District Court
218 U.S. Courthouse
201 South Vine Street
Urbana, IL 61802




CERTIFIED MAIL NO.: 7006 0100 0001 7312 5052

RE: U.S. ex rel. Marquis Ridley -vs- Warden Donald Hulick

Case No: 06 C 6365

Enclosed is the certified record which is being transferred to your court pursuant to an order entered on December 13, 2006 by the Honorable Judge Conlon . Enclosed is a certified copy of the transfer order and docket sheet .

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:

Deputy Clerk

Enclosures

New Case No. ______________________ Date ____________________

E-FILED
Friday, 05 January, 2007 03:33:34 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

January 3, 2007

U.S. District Court
218 U.S. Courthouse
201 South Vine Street
Urbana, IL 61802




CERTIFIED MAIL NO.: 7006 0100 0001 7312 5052

RE: U.S. ex rel. Marquis Ridley -vs- Warden Donald Hulick
Case No: 06 C 6365

Enclosed is the certified record which is being transferred to your court pursuant to an order entered on December 13, 2006 by the Honorable Judge Conlon . Enclosed is a certified copy of the transfer order and docket sheet .

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:

Deputy Clerk

Enclosures

New Case No. ____________________________ Date ____________________

E-FILED
Friday, 05 January, 2007 03:35:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

January 3, 2007

U.S. District Court
218 U.S. Courthouse
201 South Vine Street
Urbana, IL 61802




CERTIFIED MAIL NO.: 7006 0100 0001 7312 5052

RE: U.S. ex rel. Marquis Ridley -vs- Warden Donald Hulick
Case No: 06 C 6365

Enclosed is the certified record which is being transferred to your court pursuant to an order entered on December 13, 2006 by the Honorable Judge Conlon . Enclosed is a certified copy of the transfer order and docket sheet .

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:

Deputy Clerk

Enclosures

New Case No. ______________________ Date __________________