

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

January 5, 2007

Marqus Ridley
K88450
Menard Correctional Center
PO Box 711
Menard, IL 62259

       RE: Ridley V. Donald A. Hulick

       CASE NO. 07-2004 (formerly NDIL No. 06-6365)

Dear Mr. Ridley:

    Pursuant to an Order of the Court, the above case has been transferred to the Urbana Division of the Central District of Illinois. All future pleadings should be filed with the Clerk in Urbana at the above address and should indicate the Urbana Civil Case Number only.

    This divisional office requires an original document only. If you wish to have a file-stamped copy returned to you, please provide a self-addressed stamped-envelope at the time of filing.

       Very truly yours,

       s/ John M. Waters


       JOHN M. WATERS, CLERK
       U.S. DISTRICT COURT

JMW/mt