E-FILED
Tuesday, 16 January, 2007  09:39:06 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(URBANA)

| | | |
|---|---|---|
| MARQUIS RIDLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 07-2004 |
| | ) | |
| DONALD HULICK, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Judge Presiding. |

## APPEARANCE

Now comes LISA MADIGAN, Attorney General of the State of Illinois, By Colleen M. Griffin, Assistant Attorney General, and hereby enters her appearance for the respondent in the above-captioned case.

                    LISA MADIGAN
                    Attorney General of Illinois

By:   s/ Colleen M. Griffin
        COLLEEN M. GRIFFIN
        Assistant Attorney General
        100 West Randolph Street
        12th Floor
        Chicago, Illinois 60601
        (312) 814-4684

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(URBANA)

| | | |
|---|---|---|
| **MARQUIS RIDLEY,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 07-2004 |
| | ) | |
| **DONALD HULICK,** | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Judge Presiding. |

Certificate of Service

    I hereby certify that on January 16, 2007, I electronically filed an appearance with the Clerk of Court using the CM/ECF system and I hereby certify that on January 16, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

Marquis Ridley, #K88450
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 711
Menard, Illinois 62259

                                              Respectfully submitted,
                                              LISA MADIGAN
                                              Attorney General of Illinois

                          BY:    s/Colleen M. Griffin
                                              COLLEEN M. GRIFFIN
                                              Assistant Attorney General
                                              100 West Randolph Street, 12th Floor
                                              Chicago, Illinois 60601
                                              (312) 814-4684
                                              cgriffin@atg.state.il.us