IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(URBANA)

| | | |
|---|---|---|
| MARQUIS RIDLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 07-2004 |
| | ) | |
| DONALD HULICK, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

NOW COMES RESPONDENT, Gregory Firkus, and moves this Court for a thirty-five (35) day extension of time to file his answer, or otherwise plead, to the instant petition for writ of habeas corpus, from February 5, 2007, to and including March 12, 2007. An affidavit in support of this motion is attached hereto.

    LISA MADIGAN
    Attorney General of Illinois

By:    s/Colleen M. Griffin
    COLLEEN M. GRIFFIN
    Assistant Attorney General
    100 West Randolph Street, 12th Floor
    Chicago, Illinois 60601
    (312) 814-4684

State of Illinois )
) S.S.
County of Cook )

### A F F I D A V I T

COLLEEN M. GRIFFIN, being first duly sworn upon oath, deposes and states as follow:

1. That I am the Assistant Attorney General assigned to represent respondent in this matter.

2. That the answer to the instant petition for writ of habeas corpus is currently due to be filed on or before February 5, 2007.

3. That affiant has begun to order the state court materials necessary for an answer in this case, but has not yet received them.

4. That this is respondent's first request for an extension of time.

5. That this motion is not for purposes of delay, but is made solely to ensure that respondent's interests are adequately protected.

6. That Respondent respectfully requests that this Honorable Court grant his thirty-five day request for an extension of time to and including March 12, 2007, within which to file his answer, or otherwise plead to the instant petition.

FURTHER AFFIANT SAYETH NOT.

s/Colleen M. Griffin
COLLEEN M. GRIFFIN

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(URBANA)

| | | |
|---|---|---|
| MARQUIS RIDLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 07-2004 |
| | ) | |
| DONALD HULICK, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Judge Presiding. |

Certificate of Service

    I hereby certify that on January 16, 2007, I electronically filed a motion for extension of time with the Clerk of Court using the CM/ECF system and I hereby certify that on January 16, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Steele, #K88450
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 711
Menard, Illinois 62259

                                            Respectfully submitted,
                                            LISA MADIGAN
                                            Attorney General of Illinois

                        BY:       <u>s/Colleen M. Griffin</u>
                                            COLLEEN M. GRIFFIN
                                            Assistant Attorney General
                                            100 West Randolph Street, 12th Floor
                                            Chicago, Illinois 60601
                                            cgriffin@atg.state.il.us

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(URBANA)

| | | |
|---|---|---|
| MARQUIS RIDLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 07-2004 |
| | ) | |
| DONALD HULICK, | ) | The Honorable |
| | ) | Michael P. McCuskey, |
| Respondent. | ) | Judge Presiding. |

### ORDER

This cause coming to be heard on the motion of the respondent for an extension of time to file his Answer to the instant writ of habeas corpus from February 5, 2007, to and including March 12, 2007, and this Honorable Court being duly advised in the premises:

IT IS HEREBY ORDERED that the Motion of respondent is hereby

GRANTED/DENIED.


ENTER: _____

COLLEEN M. GRIFFIN
Assistant Attorney General
Attorney for Respondent
Criminal Appeals Division
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 814-4684