UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MARQUIS RIDLEY, | ) ) ) | |
| Petitioner, | ) ) | No. 07-2004 |
| vs. | ) ) ) | The Honorable Michael P. McCuskey, |
| DONALD HULICK, Warden, | ) ) | Chief Judge Presiding. |
| Respondent. | ) | |

**MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**

Respondent hereby moves for leave to substitute counsel. Assistant Attorney General Colleen M. Griffin has left the Office, and the new AAG assigned to the case is Karl R. Triebel. Accordingly, respondent moves for leave to substitute AAG Triebel as the lead attorney in this case.

February 21, 2007

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By: s/ Karl R. Triebel
KARL R. TRIEBEL
Assistant Attorney General
100 W. Randolph St., 12th Floor
Chicago, Illinois 60601
Phone: (312) 814-2391
Fax: (312) 814-5166
E-mail: ktriebel@atg.state.il.us
Att.Reg.No.: 6285222

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MARQUIS RIDLEY, | ) ) ) | |
| Petitioner, | ) ) | No. 07-2004 |
| vs. | ) ) | The Honorable Michael P. McCuskey, |
| DONALD HULICK, Warden, | ) ) | Chief Judge Presiding. |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

    I certify that on February 21, 2007, I electronically filed respondent's **motion for leave to substitute counsel** with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, using the CM/ECF system; and I hereby certify that on February 21, 2007, I mailed by United States Postal Service, the above referenced filing to the following non-registered party: Marquis Ridley, K88450, Menard Correctional Center, 711 Kaskaskia Street, P.O. Box 711, Menard, Illinois, 62259.

                                                                                  LISA MADIGAN
                                                                                  Attorney General of Illinois

                                                          By:    s/ Karl R. Triebel
                                                                                  KARL R. TRIEBEL
                                                                                   Assistant Attorney General
                                                                                   100 W. Randolph St., 12th Floor
                                                                                  Chicago, Illinois 60601
                                                                                  Phone: (312) 814-2391
                                                                                  Fax: (312) 814-5166
                                                                                  E-mail: ktriebel@atg.state.il.us
                                                                                  Att.Reg.No.: 6285222