**E-FILED**
Monday, 26 March, 2007  03:44:37 PM
Clerk, U.S. District Court, ILCD

Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF

HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District *Central* |
|---|---|

| Name (under which you were convicted): *Marcus Ridley* | Docket or Case No.: *07-2004* |
|---|---|
| Place of Confinement: *Menard C.C.* | Prisoner No.: *K88450* |

Petitioner (include the name under which you were convicted) *Marcus Ridley*     v.     Respondent (authorized person having custody of petitioner) *Donald A. Hulick*

The Attorney General of the State of

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____
    *Macon County Jail*
    *Decatur IL.*

    (b) Criminal docket or case number (if you know): *01-CF-941*

2.  (a) Date of the judgment of conviction (if you know): *Feb 2002*

    (b) Date of sentencing: *April 16, 2002*

3.  Length of sentence: *37 years*

4.  In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5.  Identify all crimes of which you were convicted and sentenced in this case: _____
    *Robbery, Agg Criminal Sexual Assault, Agg battery*
    _____
    _____
    _____

6.  (a) What was your plea? (Check one)

    (1)   Not guilty ☑          (3)   Nolo contendere (no contest) ☐

    (2)   Guilty ☐               (4)   Insanity plea ☐

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or
    charge, what did you plead guilty to and what did you plead not guilty to? _____
    _____
    _____
    _____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?

Yes ☑   No ☐

9. If you did appeal, answer the following:

(a) Name of court: _Appellate Court_

(b) Docket or case number (if you know): _____

(c) Result: _Affirm in part, Reverse in part & Remand_

(d) Date of result (if you know): _January 3, 2005_

(e) Citation to the case (if you know): _____

(f) Grounds raised: _Denied effective assistance of counsel, trial court_
_exceeded in imposing a sentence for robbery because its a lesser-_
_included offense of Agg Criminal Sexual Assault, consecutive sentence-_
_use of 15 years additional_

_____

_____

(g) Did you seek further review by a higher state court?    Yes ☐   No ☑

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

_____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐   No ☑

If yes, answer the following:

(1) Docket or case number (if you know): _____

Post-Conviction Proceedings

Q-11-a Issued Raised

1) Denied effective assistance of counsel 2) The trial court errored in imposing consecutive sentencing on convictions 3) Section 5-8-4 of unified code is unconstitutional under apprendi 4) Conviction for Agg Criminal Sexual Assault should be reduced or vacated to criminal sexual assault because the element to enhance the charge to "Aggravated" was vacated on the appellate level as a lesser-included offense 5) The evidence was insufficient to sustain a conviction for agg criminal sexual assault + agg battery with deadly weapon. 6) Trial Court errored in directing a verdict of not guilty at the close of evidence as to agg criminal sexual assault + agg battery with a deadly weapon 7) The States closing argument was improper + intended to inflame the jury + the trial court errored in over ruling defendants objections to improper arguments 8) As a result of the foregoing, he the petitioner prays was denied his rights to Due Process + Equal protection under the 4th Amendment U.S Const. Amend. IV and the Illinois Constitution

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑   No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Appellate Court

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): Feb. 25, 2004

(4) Nature of the proceeding: Post-Conviction

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐   No ☑

(7) Result: Dismissed

(8) Date of result (if you know): March 1, 2004

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): March 15, 2004

(4) Nature of the proceeding: Appeal / post-conviction

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or

motion?          Yes ☐   No ☑

(7) Result: Appellate Counsel filed motion to withdraw / Granted

(8) Date of result (if you know): _____ July 6, 2000 _____

(c) If you filed any third petition, application, or motion, give the same information:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

   (6) Did you receive a hearing where evidence was given on your petition, application, or

motion?          Yes ☐   No ☐

   (7) Result: _____

   (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your

petition, application, or motion?

   (1) First petition:   Yes ☑   No ☐

   (2) Second petition:   Yes ☑   No ☐

   (3) Third petition:   Yes ☐   No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: _6th Amendment Right_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Petitioner argues that trial counsel's performance was ineffective in that he didn't file motion to supress contradicting statements by defendant which was the only evidence the state had against petitioner & ultimately led to his conviction. Also counsel failed to object to or argue improper instructions & didn't tender appropriate instructions favorable to defendant & defense, which was argued being (lesser included offenses). In light of the facts stated above counsel was only effective for the state. Petitioner prays this case be remanded back._

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑  No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☑  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Post-Conviction_____

Name and location of the court where the motion or petition was filed: _Appellate Court_____

_____

Docket or case number (if you know): _____

Date of the court's decision: March 1, 2004 post-conviction denied

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐    No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ☑    No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☑    No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Appellate Court

_____

Docket or case number (if you know): _____

Date of the court's decision: _____ July 6, 2005 _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this
issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative
remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

GROUND TWO: 5th Amendment right _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner was charged with Agg Criminal Sexual Assault, robbery + Agg battery. Battery
was ran consecutive + robbery consecutive. Case reviewed by the appellate court
robbery was vacated + agg battery ran consecutive. petitioner argues that the consec-
utive sentence for agg battery violates the one-crime-one-act principal + should

_can be vacated. Also app 3 to vacate (aggrabation) the sentence for Agg Criminal Sexual Assault should be reduced. Petitioner prays that this honorable court corrects that mistake_

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c)  **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐    No ☑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

    _____

    _____

(d)  **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

      Yes ☑    No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _Post Conviction_

    Name and location of the court where the motion or petition was filed: _Appellate Court_

    Docket or case number (if you know): _____

    Date of the court's decision: _March 1, 2004_

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    _____

    (3) Did you receive a hearing on your motion or petition?

      Yes ☐    No ☑

    (4) Did you appeal from the denial of your motion or petition?

      Yes ☑    No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☑    No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _Appellate Court_

    _____

Page 9

Docket or case number (if you know): _____

Date of the court's decision: _July 26th 2005_ _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this

issue: _____

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative

remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** _5th + 6th Amendment Rights_ _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Petitioner argues that the appellate court didn't know to what extent the trial court_
_may have considered robbery conviction "vacated" in appellate court when appraising at his_
_sentencing for Agg Criminal Sexual Assault. Therefore when vacating the robbery the_
_appellate court should have sent or remanded this cause back to the_
_trial court solely for resentencing for the "robbery" enhanced charge_
_of Criminal Sexual Assault._

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c)  **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_Because it wasn't vacated until the appellate court_ _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?            Yes ❑    No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

   Yes ❑    No ❑

(4) Did you appeal from the denial of your motion or petition?

   Yes ❑    No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❑    No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

Petitioner Argument Ground 5
   5th Amendment Right

Petitioner was tried + convicted at his jury trial for robbery,
robbery being the predict offense, enhancing offense as well
as the charge which was used to hold petitioner accountable
for agg Criminal Sexual Assault. Subsequently the sentence +
conviction for robbery was vacated apon review in the
appellate court. Petitioners argument is how can the now
vacated charge of robbery still be used to enhance, aggravate
+ hold petitioner accountable for agg criminal sexual assault.
Petitioner prays that for the above facts the remaining agg
charge be reduced or more appropriately vacated in its
entirety.

GROUND FOUR: 5th Amendment Right

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Petitioner was found guilty at his jury trial for robbery, also he was subsequently tried & convicted of Agg Criminal Sexual Assault with robbery as the "aggravating" factor. Petitioner argues that the "agg offense" of robbery is barred by Double Jeopardy. It was used twice & convicted of it twice, once as a separate charge & then, as an included offense to aggravate the greater charge of Criminal Sexual Assault. Therefore this case should be remanded back for reduction of charge & resentencing of charge that charge breaks Agg Criminal Sexual Assault.

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ☑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☑ No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: appellate court

_____

Docket or case number (if you know): _____

Date of the court's decision: March 1 2004

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑  No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑  No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _appellate court_ _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _2005  July 2th_ _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this
issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative
remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest
state court having jurisdiction?        Yes ☑  No ❑

If your answer is "No," state which grounds have not been so presented and give your
reason(s) for not presenting them: _____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal
court?  If so, which ground or grounds have not been presented, and state your reasons for
not presenting them: _____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding
the conviction that you challenge in this petition?        Yes ❑   No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☑  No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. Relief of void judgment; jury was giving misleading instructions. Appellate Court on Appeal

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐  No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ❑   No ❑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: _____

_____

_____

or any other relief to which petitioner may be entitled.


_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on

_____2/ /07_____ (month, date, year).


Executed (signed) on _____ (date).


_____
Signature of Petitioner


_____
*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is
not signing this petition. _____

_____

_____

IN FORMA PAUPERIS DECLARATION

_Central District of IL, Urbana Division_

[Insert appropriate court]

* * * * *
