# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**MARQUIS RIDLEY,**
**Petitioner,**

vs.                                                                             Case Number:    **07-2004**

**DONALD HULICK,**
**Respondent.**

☐ **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the petition under 28 U.S.C. §2254 is denied.  Case is terminated.

ENTER this 28th day of June 2007.


s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK


s/K. Wynn
BY:  DEPUTY CLERK